CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAHIL MANSUKHLAL KOLADIYA,<br><br>              Plaintiff,<br><br>     v.<br><br>DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al*.,<br><br>              Defendants. | Case No. 5:26-cv-00858 NC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties conferred and respectfully request the Court to stay proceedings in this case for a limited time, until May 29, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary. Plaintiff filed this action seeking adjudication of his Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status.  United States Citizenship and Immigration Services ("USCIS") adjudicated Plaintiff's Form I-526E petition. USCIS needs additional time to review Plaintiff's Form I-485 application to determine how best to proceed.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 29, 2026, at which time the parties will file a joint status report. At that time, the parties may

Stipulation to Stay
C 5:26-cv-00858 NC                              1

request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: March 31, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: March 31, 2026

/s/ Sahil M. Koladiya
SAHIL M. KOLADIYA
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   April 6, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 5:26-cv-00858 NC                    2