CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAHIL MANSUKHLAL KOLADIYA,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 5:26-cv-00858 NC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties submit this joint status report regarding Plaintiff's Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status.  On April 6, 2026, the Court granted the parties' request to stay proceedings until May 29, 2026. Dkt. No. 11.  The parties need additional time to determine how best to proceed with Plaintiff's Form I-485 application.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 12, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative

Stipulation
C 5:26-cv-00858 NC                          1

resolution.

Dated: May 29, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: May 29, 2026

*/s/ Sahil M. Koladiya*
SAHIL M. KOLADIYA
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   May 29, 2026

NATHANAEL M. COUSINS
United States Magistrate Judge

GRANTED

Judge Nathanael M. Cousins

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 5:26-cv-00858 NC                    2