CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SAHIL MANSUKHLAL KOLADIYA,

                    Plaintiff,

        v.

DIRECTOR, UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICES, *et al*.,

                    Defendants.

Case No. 5:26-cv-00858 NC

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER**

The parties submit this joint status report regarding Plaintiff's Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status.  On May 29, 2026, the Court granted the parties' request to stay proceedings until June 12, 2026. Dkt. No. 13.  The parties conferred and stipulate to the following:

•   United States Citizenship and Immigration Services will adjudicate Plaintiff and his spouse's Form I-765, Application for Employment Authorization, and Form I-131, Application for Travel Documents, Parole Documents, and Arrival/Departure Records.

•   Upon adjudication of the Form I-765 and I-131, Plaintiff agrees to dismiss this action and not re-file a litigation regarding the pending Form I-485, Application for Adjustment of Status for a

Stipulation
C 5:26-cv-00858 NC                              1

period of 10 months from the date the dismissal is filed.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 13, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 12, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney


/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 12, 2026

/s/ Sahil M. Koladiya
SAHIL M. KOLADIYA
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 15, 2026

NATHANA[
United States

GRANTED

Judge Nathanael M. Cousins

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 5:26-cv-00858 NC                    2